## Boykin v. The State.

### Indictment for Larceny.

1. *Proof of existence of private corporation by special statute amending its charter and confirming organization thereunder.*—A special statute, amending the charter of a private corporation and ratifying its previous organization thereunder, is competent evidence of its existence as a corporation.

APPEAL from the City Court of Mobile.

Tried before the Hon. O. J. SEMMES.

The indictment in this case charged the defendant with the larceny of "sixty oat sacks of the value of ten cents each, the property of the Mobile Street Railway Company, a corporation under the laws of the State of Alabama."

On the trial, as the bill of exceptions shows, the only evidence offered by the State to prove the existence of the Mobile Street Railway Company as a corporation was the act of the General Assembly of Alabama, approved February 26, 1889, and entitled, "An act to amend the charter of the Mobile Street Railway Company, and to ratify the organization and confirm the franchises granted to, and the obligations entered into by, and the contracts made with said company." (Acts of Ala. 1888-89, p. 731). When this evidence was offered the defendant objected to its admission, on the grounds : "that it was incompetent, that it was irrelevant, that it was inadmissible, that it was incompetent to prove the incorporation of said company, that it was insufficient to prove said incorporation, that it did not prove said incorporation." The court overruled the objection, and the defendant excepted.

Section 14 of the act, which is referred to in the opinion, provides that "the organization of the Mobile Street Railway Company, originally made under its act of incorporanow on file in the office of the secretary of State, be and the same is hereby in all things ratified, and said company is declared to be a legal company," &c.

The defendant was convicted, and appeals.

[Ghent v. The State.]

R. INGE SMITH, for appellant.

WM. L. MARTIN, Attorney-General, for the State.

WALKER, J.—The act of the General Assembly which is found in Acts of Ala. 1888–9, pp. 731 to 738, was admitted in evidence to prove that the Mobile Street Railway Company is a corporation. The act expressly recognizes that company as an existing corporation. Section 14 of the act ratifies and confirms the organization of the company, originally made under its act of incorporation, and expressly declares the company to be a legal corporation. Nothing further remained to be done under the act to complete the incorporation. The act as offered was competent evidence of the existence of the corporation.—*Talladega Ins. Co. v. Sanders*, 43 Ala. 136; *Johnson v. The State*, 73 Ala. 483; Angell & Ames on Corporations, (7th Ed.) § 635. The record presents no other question.

Affirmed.